IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

DIETRICK LEWIS JOHNSON, SR.,

        Petitioner,

v.                                         **CIVIL ACTION No. 5:20-CV-254**
                                               Judge Bailey

WARDEN HUDGINS,

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that petitioner's 28 U.S.C. § 2241 petition be denied and dismissed without prejudice for lack of jurisdiction and petitioner's Motion Requesting the Court to Order a Deposition on His State Public Defender [Doc. 53] be denied as moot.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. *Thomas v. Arn*, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

1

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation **[Doc. 54]** is **AFFIRMED**, petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 **[Doc. 1]** is **DENIED** and **DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION**, and petitioner's Motion Requesting the Court to Order a Deposition on His State Public Defender **[Doc. 53]** is **DENIED AS MOOT**.  The Clerk is **DIRECTED** to **STRIKE** the above-styled case from the active docket of this court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* petitioner.

**DATED**: January 11, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**